Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
GABINO MUNOZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABINO MUNOZ,** | Case No.: 5:15-cv-1360 |
| **Plaintiff,** | **NOTICE OF SETTLEMENT** |
| **vs.** | |
| **STELLAR RECOVERY, INC.,** | |
| **Defendant(s).** | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, GABINO MUNOZ ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 45 days.

DATED:  July 31, 2015                    RESPECTFULLY SUBMITTED,

By:  /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

On July 31, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Rachel Ommerman, at rommerman@bermanrabin.com.

By: /s/Michael S. Agruss
Michael S. Agruss